# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2131 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 19 DB 2015 |
| | : | |
| v. | : | Attorney Registration No. 16643 |
| | : | |
| ROBERT J. KERNS, | : | (Montgomery County) |
| Respondent | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of February, 2016, upon consideration of the Verified Statement of Resignation, Robert J. Kerns is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, retroactive to February 6, 2015, *see* Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).

Justice Eakin did not participate in the consideration or decision of this matter.